UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PAUL DANIEL MASKO,

        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
**(Sexual Exploitation of a Minor)**

On or about September 20, 2024, in Muskegon and Ottawa Counties, in the Southern Division of the Western District of Michigan, and elsewhere,

PAUL DANIEL MASKO

knowingly used, persuaded, induced, or enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

Specifically, PAUL DANIEL MASKO directed a minor victim to use his cell phone to photograph pictures or videos containing the lascivious exhibition of the minor's genitals and pubic area on the minor's cell phone. Both cell phones were manufactured outside the State of Michigan.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 2
### (Sexual Exploitation of a Minor)

On or about October 2, 2024, in Muskegon and Ottawa Counties, in the Southern Division of the Western District of Michigan, and elsewhere,

PAUL DANIEL MASKO

knowingly used, persuaded, induced, or enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

Specifically, PAUL DANIEL MASKO directed a minor victim to use his cell phone to photograph a picture or video containing the lascivious exhibition of the minor's genitals and pubic area on the minor's cell phone. Both cell phones were manufactured outside the State of Michigan.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 3
### (Sexual Exploitation of a Minor)

On or about October 18, 2024, in Muskegon and Ottawa Counties, in the Southern Division of the Western District of Michigan, and elsewhere,

PAUL DANIEL MASKO

knowingly used, persuaded, induced, or enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

Specifically, PAUL DANIEL MASKO directed a minor victim to use his cell phone to photograph pictures or videos containing the lascivious exhibition of the minor's genitals and pubic area on the minor's cell phone. Both cell phones were manufactured outside the State of Michigan.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in this Indictment,

PAUL DANIEL MASKO

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to an Apple iPhone 13 (IMEI: 351671395119079).

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney